Form 3-1

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**       **FORM 3**

| | |
|---|---|
| **COALITION OF AMERICAN MANUFACTURERS OF MOBILE ACCESS EQUIPMENT**<br><br><br>**Plaintiff,**<br><br>   **v.**<br><br>**UNITED STATES,**<br>                        **Defendant.** | **SUMMONS**<br>**Court No. 26-02976** |

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C.  1581(c) to contest the determination described below.



  **/s/ Gina Justice**
Clerk of the Court


1.    Plaintiff, the Coalition of American Manufacturers of Mobile Access Equipment, is a coalition of domestic producers of mobile access equipment and is therefore an interested party within the meaning of 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(F). Plaintiff was the petitioner in the original investigation of this proceeding and participated in the administrative review that is the subject of this appeal. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2.    Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in the 2023-2024 administrative review of the antidumping duty order on *Certain Mobile Access Equipment and Subassemblies from the People's Republic of China*. *Mobile Access Equipment and Subassemblies Thereof From the People's Republic of* China, 91 Fed. Reg. 20,401 (Dep't Commerce Apr. 16, 2026) (final results of antidumping duty admin rev.; 2023-2024). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (B)(iii).
(Brief description of contested determination)

3.    April 16, 2026
(Date of determination)

4.    *Mobile Access Equipment and Subassemblies Thereof From the People's Republic of* China, 91 Fed. Reg. 20,401 (Dep't Commerce Apr. 16, 2026) (final results of antidumping duty admin rev.; 2023-2024).
(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

*/s/ Timothy C. Brightbill*
Signature of Plaintiff's Attorney

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.

May 15, 2026
Date

Maureen E. Thorson, Esq.
Stephanie M. Bell, Esq.
Elizabeth S. Lee, Esq.
Theodore P. Brackemyre, Esq.
Paul A. Devamithran, Esq.

**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

**SEE REVERSE SIDE**

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. ⬛ 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)